**Albert KANE v. TEXAS & PACIFIC RY. CO.**

No. 2795.

Court of Civil Appeals of Texas. El Paso.
March 2, 1933.

Rehearing Denied March 30, 1933.

E. B. O'Quinn, of Marfa, for appellant.

Howard & Jackson and J. C. Ross, all of El Paso, for appellee.

WALTHALL, Justice.

This case was heard and final judgment entered on the 8th day of June, 1932. Appellant has filed no brief herein. We have examined the record for fundamental error, and, finding none, the judgment of the trial court is affirmed.